USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _9/10/2020_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
GARCIA SALVADOR, *individually and on* :
*behalf of others similarly situated,* :
                                 :
              Plaintiffs, :
                                 :     **ORDER**
     -v-                       :
                                 :     1:20-CV-5220 (PAE) (JLC)
WEST 54 LIQUORS LLC, *et al.,* :
                                 :
             Defendants. :
--------------------------------------------------------------X

**JAMES L. COTT, United States Magistrate Judge.**

        By Stipulation and Order entered on August 5, 2020 (Dkt. No. 20), the Court

approved a 30-day extension of time for defendants to respond to the complaint, and

thereby set a deadline of September 4, 2020.  To date, defendants have not

responded to the complaint, or sought a further extension of time to do so.

Accordingly, the Court hereby directs the defendants to file their response no later

than **Thursday, September 17, 2020**.  If defendants fail to do so, plaintiffs may

make an application for a default judgment consistent with Judge Engelmayer's

Individual Rules of Practice.

        **SO ORDERED.**

Dated: September 10, 2020
      New York, New York

_____
JAMES L. COTT
United States Magistrate Judge