UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CESAR AUGUSTO GARCIA SALVADOR,

                                  Plaintiff,

                    -v-

WEST 54 LIQUORS LLC, d/b/a 10th Ave Wines
& Liquors, AMANY AWAD, LATA DOE, and
BUSHARA DOE,

                                  Defendants.

---

20 Civ. 5220 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court has been advised that the parties resolved all disputes in this case through

mediation.  Because this case arises under, *inter alia*, the Fair Labor Standards Act ("FLSA), the

terms of the parties' settlement agreement may be subject to court approval under *Cheeks v.*

*Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015).  Accordingly, the parties are hereby

directed to seek such approval by **February 1, 2021.**

        SO ORDERED.

                                        _____
                                        PAUL A. ENGELMAYER
                                        United States District Judge

Dated: January 22, 2021
        New York, New York