USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/25/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
GARCIA SALVADOR, *individually and on behalf of others similarly situated*,

        Plaintiffs,

-v-

WEST 54 LIQUORS LLC, *et al.*,

        Defendants.
-----------------------------------------------------------------X

**ORDER**

1:20-CV-5220 (PAE) (JLC)

**JAMES L. COTT, United States Magistrate Judge.**

In light of the parties' reported settlement in this case, the status conference scheduled for February 9, 2021 is hereby cancelled.

    **SO ORDERED.**

Dated: January 25, 2021
       New York, New York

_____
JAMES L. COTT
United States Magistrate Judge