|  |  |
|---|---|
| CESAR AUGUSTO GARCIA SALVADOR,<br><br>                                        Plaintiff,<br>                        -v-<br><br>WEST 54 LIQUORS LLC, d/b/a 10th Ave Wines & Liquors, AMANY AWAD, LATA DOE, and BUSHARA DOE,<br><br>                                        Defendants. | 20 Civ. 5220 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

On February 1, 2021, the parties submitted a proposed settlement agreement, Dkt. 40-1 ("Agreement"), and a letter in support, Dkt. 40, and later submitted a letter clarifying the calculation of attorneys' fees, Dkt. 42, in this Fair Labor Standards Act and New York Labor Law action. The Court has carefully reviewed the Agreement. The Court concludes, substantially for the reasons stated in the parties' letter and subsequent clarification, that the proposed settlement agreement is fair and reasonable. Under the Agreement, defendants agree to pay $25,000 in total. Plaintiff Garcia Salvador is to receive $16,220, and his counsel, Michael Faillace & Associates, PC, is to receive $8,110 in fees plus $670 in reimbursed costs. The Agreement therefore allocates one third of the settlement amount, less costs, as attorneys' fees. Upon careful review of the Agreement, the Court is satisfied that the Agreement was achieved through procedurally fair means and is fair and reasonable such that it satisfies the standard set forth in *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015).

Accordingly, the Court approves the Agreement. The Court hereby retains jurisdiction to enforce the terms of the Agreement.

The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

Paul A. Engelmayer
United States District Judge

Dated: February 4, 2021
New York, New York